# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:21-mj-190-JHR |
| v. ) | (18 U.S.C. § 2423(b)) |
| ) | |
| DEVIN MELYCHER ) | |

## CRIMINAL COMPLAINT

I, Eric B. Tracy, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT ONE
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On at least about August 27, 2020, in the District of Maine and elsewhere, the defendant,

**DEVIN MELYCHER,**

traveled in interstate commerce, from Connecticut to Maine, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with a person under 18 years of age.

The defendant thus violated Title 18, United States Code, Section 2423(b).

This Complaint is based on those facts which are set forth in my affidavit of July 28, 2021, which is attached hereto and incorporated by reference.

_____
Eric B. Tracy
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jul 28 2021

City and state: Portland, ME

_____
Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title