# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:21-mj-190-JHR |
| v. ) | (18 U.S.C. § 2423(b)) |
| ) | |
| DEVIN MELYCHER ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric B. Tracy, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2019, and am currently assigned to the Resident Agent in Charge Office, Portland, Maine. I have completed the Criminal Investigator Training Program and the Homeland Security Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia, which consists of over 800 hours of training. From 2017 to 2019, I was assigned as a Task Force Officer ("TFO") with HSI. While working as a TFO, I investigated numerous crimes, including investigations related to high technology or cybercrime, child exploitation, child pornography, as well as matters involving the sexual exploitation of children.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other members of law enforcement and witnesses.

## Showing of Probable Cause

3. I have conferred with Detective Stephen Hinkley of the Gorham Police Department, who, along with other members of law enforcement, responded to a call relating to a possible sex offence that had occurred at a residence in Gorham, Maine (the "Residence") on the night of January 30, 2021. Additionally, I have reviewed multiple reports of investigation prepared by Detective Hinkley. From my conversations and my review of these materials, I have learned in substance and in part, the following, among other things:

   a. Detective Hinkley responded to the Residence on January 31, 2021. The mother ("the Mother") of a 13-year old minor victim ("Minor A") called the Gorham Police Department and reported that Minor A had been the victim of a sex offence. Detective Hinkley conducted a consensual interview of the Mother, from which he learned, in substance, that the night before, while the Mother was away from the Residence, an unknown adult male, whom Minor A believed to be 22-years-old, had come to the Residence and received oral sex from Minor A in exchange for approximately $85.

   b. Detective Hinkley was able to take custody of various electronic devices that Minor A had utilized, including an iPad; the Mother provided consent for those devices to be searched.

   c. After reviewing the contents of those devices, Detective Hinkley concluded that in addition to the 22-year-old who had visited the Residence on January 30, 2021, Minor A had engaged in sexually explicit communications with at

least two additional adult males over various electronic chat platforms, including an individual using the Snapchat username "ifdurgirlbroo," later identified as DEVIN MELYCHER, the defendant.

   d. On about February 8, 2021, Detective Hinkley conducted a consensual interview of Minor A at the Gorham Police Department. The Mother was also present for portions of the interview. From that interview, Detective Hinkley learned the following, in substance and in part, among other things:

     i. When asked about the Snapchat user "ifdurgirlbroo," who had identified himself to Minor A as "Devin," Minor A said she believed he was between 21 and 26 years old, though he originally told Minor A that he was 19. Minor A believed that Devin knew that she was 13 years old.

     ii. Devin had come from Connecticut to the Residence to see Minor A on two occasions, in either July or August of 2020. On each of those occasions, Minor A had performed oral sex on Devin, and Devin had performed oral sex on Minor A.

     iii. Devin may have taken a video of one of his encounters with Minor A, but she was not certain.

  4. In the course of the investigation, a judicially authorized search warrant for data associated with the username "ifdurgirlbroo" was executed. I have reviewed the Snapchat conversations between Minor A and "ifdurgirlbroo" included in the warrant returns, from which I have learned the following, in substance and in part:

  a. On about August 14, 2020, Minor A and Devin appear to have reconnected, after Devin deleted a previous account, and then began using the username "ifdurgirlbroo." Minor A apparently believed that Devin had disappeared for good, writing, "I cried for like 3 days[,]" to which Devin responded, "pretty upset for a girl that called me a pedo[1] in the beginning lmao[.]"[2] Minor A responded, "cuz you are[.]" Devin replied, "chill[,]" to which Minor A responded, "but you're my pedo[.]" Devin wrote, "ohhhkay I don't know how I feel about that phrase lmao[.]" Later in the conversation, Devin referred to himself as Minor A's "daddy." Minor A wrote, "good stay with me until I'm 18 and we can date[.]" Devin responded, "an u can come down an chill with me on weekends. It'll be dope af[.]" Later in the conversation, Devin wrote, "I'm fucking ur pussy some time this year[,] it still belongs to me[.]"

  b. On about August 19, 2020 Minor A and Devin agreed that Devin would come to Maine to engage in sexual activity with Minor A on the following day, August 20, 2020. However, because Minor A's grandmother was going to be home, Minor A told Devin that he should not come that day. Thereafter, on about August 20, 2020 through August 23, 2020, Devin expressed his disappointment and anger at Minor A for having canceled their rendezvous, writing, among other messages, that Devin intended to "punish" Minor A. On about August 22, 2020,

---

[1] Based on my training and experience, I believe that "pedo" here is slang for "pedophile."

[2] All spelling, grammar, and similar errors are reproduced here from the original Snapchat messages.

4

Devin wrote "send me all the nudes u have rn[.] that's part of ur punishment[.] show me what you've been showing ppl[.]" Thereafter, Minor A sent approximately 14 images of Minor A appearing topless. Minor A asked what Devin planned to do with the images. Devin responded, "use them obvi[.]" and followed up with, "blackmail for when im pissed at u[.]" Minor A responded, "it's illegal anyway … so good luck[.] you won't be using them as black mail[.]"

      c.      Discussion of Minor A's "punishment" continued. Devin wrote that Minor A had two options, "either quick and easy: bend over and video yourself farting or option two; a long video two minutes minimum of you first humping your bed like I did and than bending over an opening ur ass and showing me ur holes. Long." Minor A declined and then argued with Devin. Minor A wrote that, "ur acting more like my mom rn[.]" Minor A continued, "you and my mom are the same age[.]"

      d.      On about August 25, 2020, Devin sent Minor A a pornographic video of a man receiving oral sex. Minor A asked if it was Devin in the video. Devin indicated that it was, but wrote that he wished that he hadn't sent the video because it "came out so bad[.]"

      e.      Later in the chat, Devin and Minor A again discussed meeting in person. Devin wrote, "im gonna hold ur knees to ur chest[.]" Minor A replied, "you're not putting your dick anywhere but my mouth[.]"

      f.      On about August 26, 2020, Minor A provided Devin with the address of the Residence. Devin responded, "sucks ur own ur period tho[.] I mayb

5

wanted to lick ur pussy[.]" Devin stated, "I might forget the pen woops[.]" Minor A responded, "then I might just send you home[.]" Devin wrote, "lmao u realize im driving 8 hours to give you a pen[3] and get some head right[?]" Devin wrote, "im leaving soon. Probably be there at like 3 in the morning[.]"

    g.    Hours later, Minor A wrote, "ur story[4] said Pennsylvania bound[.]" Devin explained, "I had to throw ppl off[.] i couldnt let anyone know I was going to bang a dumb teen[.]" Devin continued in a subsequent message, "anyway im almost in town[.]" Minor A wrote, "cool[,] my mom just left[.]"

    h.    At approximately 6:58 am on August 27, 2020, Devin wrote, "im almost at cvs[.]" He then wrote, "im aloud to just come to the back this time right[?]"[5] Minor A replied, "when you get here go through my front door the one in the driveway with the stairs[.]" At 7:03 am, Devin wrote, "im good tell me when ur good an ill start walking to u[.]" Minor A replied, "okay[.]" At 7:04 am, Devin

---

[3] Based on Detective Hinkley's interviews with Minor A, I understand the "pen" referred to by Devin to be a "vape pen," a delivery device used to inhale nicotine and/or THC concentrate. In Maine, a person must be at least 21-years old to purchase a "vape pen" or other tobacco products. See Me. Rev. Stat. Ann. tit. 22 § 1555-B (2) (2021).

[4] Based on my training and experience, and my involvement in the investigation, I believe that here, Minor A is referring to Devin's Instagram Story, a social media timeline where users can post information and photographs describing their activities.

[5] Based on my training and experience, and my involvement in the investigation, I believe that when Devin wrote that he was allowed to come to the back door "this time," he was indicating that he had been to the Residence to see Minor A previously, and that on those occasions, he was required to enter the house in a different way.

wrote, "ok coming[.]" At 7:13 am, Minor A wrote, "are you close[?]" Devin replied, "like four minutes[.]" At 7:16 am, Devin wrote, "im here[.]"

      i.      The following day, August 28, 2020 at approximately 1:56 pm. Devin wrote, "u still good..?" Approximately 2 hours later, Minor A responded, "yeah[.] i'm fine[.]" At approximately 5:19 pm, Minor A wrote, "you made my tail bone hurt[.]" Devin responded, "lol. In a hot way though?" Minor A responded, "yes . . . kinda[.]" Devin replied, "I told you I was gonna go hard[.] I pounded the f out of u[.]" Minor A responded, "I know[.] can I see the video if you have it[?]"

      j.      On about September 12, 2020, Minor A requested that Devin pay her $35 using the Cash App. Devin responded that he only used Venmo. Minor A provided Devin with her Venmo user information.

      5.      From my review of the "ifdurgirlbroo" Snapchat warrant returns, I have learned that the user who created the account provided a "protonmail.com" email address to Snapchat, and did not provide an actual name in setting up the account. From my training and experience, I know that Proton Mail is administered by a Swiss company, and that Proton Mail accounts utilize end-to-end encryption, so that the contents of the messages cannot be read by the company. Among other IP addresses associated with the account's creation and usage, I identified an IP address (the "MELYCHER IP Address") that was administered by Spectrum, a division of Charter Communications, in Brookfield, Connecticut.

      6.      I have reviewed records maintained by Charter Communications associated with the MELYCHER IP Address. From those records, I have learned

that the MELYCHER IP Address is associated with 8 Flax Hill Road in Brookfield, Connecticut.

7. I have reviewed records maintained by the Connecticut Department of Motor Vehicles ("CTDMV"), from which I have learned that DEVIN MELYCHER, the defendant was issued a driver's license on June 28, 2016 that lists 8 Flax Hill Road in Brookfield as his home address. Furthermore, I have compared the driver's license photograph on file with the CTDMV for MELYCHER with images of Devin sent from the "ifdurgirlbroo" Snapchat account, and I have concluded that these images depict the same person. Also based on CTDMV records, I have learned that MELYCHER was born in June 1992, meaning that he was 28 years old in August 2020. CTDMV records further demonstrate that DEVIN MELYCHER, the defendant, drove a grey 2006 Ford Taurus bearing Connecticut registration AN49254.

8. I have reviewed records maintained by the Maine Turnpike Authority associated with Connecticut registration AN49254, from which I have learned that the vehicle bearing that registration committed a fare violation (i.e., failed to pay a $3.00 toll) at Toll Plaza #7 at approximately 6:05 am on August 27, 2020. I have reviewed photographs of the vehicle taken at the time of the violation, and I recognize the vehicle to be a grey Ford Taurus. Toll Plaza #7 is located on I-95 in York, approximately 45 miles south of Gorham.

## Conclusion

9.    I respectfully submit, based on the facts set forth above, that probable cause exists to charge DEVIN MELYCHER, the defendant, by Criminal Complaint with the offense of travel with intent to engage in illicit sexual conduct with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b), and request that the accompanying Criminal Complaint be issued.

Eric B. Tracy
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jul 28 2021

City and state: Portland, ME

John H. Rich III, U.S. Magistrate Judge
Printed name and title