UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
) Docket No. 2:21-cr-169-JAW
v. )
)
DEVIN MELYCHER )

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2021 OCT 21 P 3:03

_____
DEPUTY CLERK

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
(Travel with Intent to Engage in Illicit Sexual Conduct)

On about August 27, 2020, in the District of Maine and elsewhere, the defendant,

**DEVIN MELYCHER,**

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f).

The defendant thus violated Title 18, United States Code, Section 2423(b).

A TRUE BILL,

Date: OCTOBER 21, 2021

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney