UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )    DOCKET NO. 2:21-cr-169-JAW |
| | ) |
| DEVIN MELYCHER | ) |

**DEFENDANT'S MOTION DETERMINE COMPETENCY
AND INCORPORATED MEMORANDUM**

NOW COMES **Devin Melycher**, by counsel pursuant to 18 U.S.C. § 4241(a), and requests a hearing to determine competency to stand trial. In support of this motion, counsel states the following:

1.    Devin Melycher is facing a single count indictment charging Interstate Travel with the Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423. ECF # 38. The case is currently on the February 1, 2022 trial list. (ECF# 45). Mr. Melycher is detained and currently housed at the Cumberland County Jail.

2.    Counsel has met by video with Melycher many times. In every meeting Melycher is tearful and impaired in his ability to communicate with counsel.

3.    Counsel has provided legal advice to Melycher who appears unable to either understand or comply with legal advice. A striking example is Melycher's regular letters to the prosecutor and the court. Melycher has sent at least 50 or more letters directly to the prosecutor. This is unprecedented in counsel's career. Melycher has sent about an equal number of letters to the court. The letters are often repetitive, rambling and refer to his mental health. For example a recent letter included, "Dear Noah [Falk] and Mr. Beneman, By the time you read this I don't know what kind of state of mind I'll be in. My mental health

has been getting worse and worse by the day." In a letter received by the court on November 29, 2021, Melycher wrote, "I'm done talking to all of you. I was a good person, I already told everyone I was guilty." There was concern he might be suicidal and the jail placed him on suicide watch. He is now back in general population which, with COVID, seems to mean he is mostly in a cell with a cell mate. On December 1, 2021, counsel had a video call with Melycher. Melycher was unable to engage in any meaningful case discussion. This has been a pattern and has gotten worse. Only Melycher can decide if he wants to go to trial or enter a change of plea. Melycher appears incapable of deciding. Melycher has been unable to assist counsel in preparing for his defense. He has a history of neurosyphilis and a mental health diagnosis of Severe Personality Disorder.

4.   Competence requires a defendant be able to both understand the nature and consequences of the proceedings against him and to assist properly in his defense. *Dusky v. United States*, 362 U.S. 402 (1960); 18 U.S.C. § 4241(d). Pursuant to 18 U.S.C. § 4241(a), the defense, the government, or the court on its own motion, may move for a hearing to determine a defendant's competence to stand trial. A court must grant such a hearing if there is reasonable cause to doubt a defendant's competence. *Id.* In contemplation of such a hearing, a court may order an examination and report. 18 U.S.C. § 4142(b). Counsel suggests based on the above explanation, there is reasonable cause to believe that Melycher is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and asks the Court order an expert examination. The statute allows the court to have an evaluation performed at a suitable [BOP] facility. Melycher is already in custody. The Federal Medical Center in Devens, MA has historically been able to perform mental health examinations. As Melycher is currently detained and incapable of assisting counsel in preparation of his defense, he is not prejudiced by any delay caused by an evaluation.

**Wherefore Defendant requests this Motion be GRANTED, the court order a mental health examination to determine competency, then hold a hearing as set forth in 18 U.S.C. § 4241(c) and § 4247(d) and for such findings and relief as the court orders.**

DATE: December 3, 2021                              /s/ *David Beneman*
                                                                         David Beneman
                                                                         Attorney for Devin Melycher

David Beneman
Federal Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070 ext. 101
David_Beneman@fd.org

## CERTIFICATE OF SERVICE

I, **David Beneman**, attorney for **Devin Melycher**, hereby certify that I have served, electronically, a copy of the **within "DEFENDANT'S MOTION DETERMINE COMPETENCY, AND INCORPORATED MEMORANDUM"** upon **Noah Falk**, Assistant United States Attorney, United States Attorney's Office, Portland, ME and all defense counsel of record via the ECF system.

                                                                         /s/ David Beneman
                                                                         David Beneman

DATE: December 3, 2021