# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:21-cr-00169-JAW |
| | ) | |
| DEVIN MELYCHER | ) | |

## **ORDER**

The defendant has moved, pursuant to 18 U.S.C. §§ 4241(a) and (b), and 4247(b) and (c), that the Court order a psychiatric or psychological examination and that a report be filed pursuant the provisions of 18 U.S.C. §§ 4247(b) and (c). Pursuant to 18 U.S.C. § 4241(a) and (b), and 4247(b) and (c),

**IT IS ORDERED THAT:**

1. Defendant is committed to the custody of the Attorney General for a period not to exceed thirty (30) days for placement in a suitable facility. The thirty-day examination period begins to run upon the arrival of the defendant at the designated facility. Unless impractical, the psychiatric or psychological examination shall be conducted in a suitable facility closest to the Court. The director of the facility may apply for a reasonable extension, but not to exceed fifteen (15) days upon showing of good cause that the additional time is necessary to observe and evaluate Defendant.

2. Defendant shall submit to a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist who is designated an examiner under the provisions of Title 18, United States Code, Section 4247(b).

3. The psychiatric or psychological report ordered shall be prepared by the examiner designated to conduct the psychiatric or psychological examination and shall be filed with the Court with copies provided to the Pretrial Services Officer, to counsel for Defendant and to the attorney for the Government, and shall include:

(a) the person's history and present symptoms;
(b) a description of the psychiatric, psychological and medical tests employed and their results;
(c) the examiner's findings; and
(d) the examiner's opinions as to diagnosis, prognosis and whether Defendant is competent to proceed to trial and assist in his defense.

4. The Government, through the U.S. Attorney and the U.S. Probation Office, shall submit to the director of the facility copies of any available pre-trial services reports along with applicable case-related discovery materials.

5. A copy of this Order shall be given to the U.S. Marshal and the Marshal shall make arrangements as are necessary for the examination of Defendant.

6. Upon the completion of Defendant's examination at the suitable facility where the examination is conducted, the director of the facility shall notify the Court, in writing, of the completion of the examination.

7. If Defendant is examined outside the District of Maine, upon Defendant's return to the District of Maine from the facility, the U.S. Marshal shall immediately notify the Court of that fact.

8. This period of commitment shall be excluded in computing the time within which the trial of any such offense must commence, pursuant to Title 18, United States Code, Section 3161(h)(1)(A).

SO ORDERED.

Dated this 6th day of December, 2021

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE
