Woodcock –

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JUN -6 P 3:47
DEPUTY CLERK

No.
You're going to sentence me ~~without~~ a pre sentence report just like how you handled this entire case. That was a nice try pretending to be my friend and a good fair person in front of my family before you sentenced me and said well I tried to be fair. I'm glad I didn't fall for your bullshit.

Theres not a single special quality about you. I don't respect you at all. You're a little fucking crybaby nerd because I wouldn't fucking talk to you you fucking loser.
fuck you
and fuck the FBI
theres not a single useful thing you do for this world.

Go ahead keep putting people in prison while massacres rise. You're more fucking useless than Biden. You turned away the only people that wanted to help this garbage world that you just can't seem to tame no matter how darn hard you try. Aw is

this world just too dang hard for you or are you just that fucking trash.

Cut your fucking wrists you fucking loser I want you to feel every single ounce of pain I felt while I flooded six bathroom shower stalls with my blood in a ~~scumbag~~ Brooklyn Prison. You should be kissing my fucking feet for everything I've done that you were just too darn scared to do for this world.
You're a fucking useless pussy.

go ahead bud sentence me now. Send me to a hospital and loop me out on medication.
What is the big bad Woodcock going to do.

You're a fucking joke.
right with the FBI.

Kill your fucking self loser.

go ahead bud hit me with even more charges. I already plead guilty to my latest ones. You just look like the biggest fucking dickhead of the year crying over a letter. Aws boo hoo someone said mean words to you in a letter. I tried to fucking kill myself because of you. Jump off a fucking bridge you fucking worthless nerd.

You should've just accepted my help from the beginning when I was sorry. you could've trained me. My Mom worked in a courthouse and I knew everything Beneman was fucking doing to me. You're fucking retarded. Now I don't give a shit at all. Now its personal. You're a worthless peice of shit that wouldn't even fix your own employees wrong doings to me.

Could've been a good deal for everyone. I learned my lesson. The FBI took me under their wing and let me further my success with technology

and put me on the right track with my life. You fixed your mistakes and I was sorry for mine. Now I just hope you fucking die. I hope one of those tweakers in this fucked up world that you can't stop fucking red rooms you for this.

go fucking kill yourself bud.