U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JUN -7 P 2: 24
DEPUTY CLERK

There you go woodfuck
The only reason I wrote any of these letters was because my Mom told me I should do the "right thing and apologize"
 and you know what
Im Not Fucking sorry Bud.

Im really fucking not.
You deserved every single fucking thing I said to you. And you fucking know it.

In every other state Defense Attorneys are pushing people to do the right thing and looking for alternative resolutions which help people better themselves but Not fucking here in bumfuck Portland. Every case is fucking different and at the least I should've been held for a month or two and released on bail before you dropped the charges. I was beyond fucking sorry. I did the right thing and apologized and offered alternative resolution after another to become a better person.

You're an actual fucking scumlord

You let that peice of shit Beneman taunt me for 10 months and send me into a Brooklyn prison. I was a 29 year old 145 pound kid from the suburbs. I wasn't fit for fucking prison. You treated me like I fucking murdered a family and held me in prison during a pandemic when I just walked out of a hospital for a brain infection.

If god doesn't kill you for this you better fucking kill your fucking self. You fucking peice of shit.

You let me lose my entire fucking family and my fucking home and all of my fucking belongings. I hope you fucking rot for this. You made changes to my life that I can't fix and you called it justice. You ruined my fucking health and you laughed in my face. This was as harmless as a teacher and a student and even they only get 3-4 months maximum. I never fucking changed anyones life or took anyones family away from them. I didn't hurt anyones health.

I swear to fucking God you and Beneman and Rich better fucking kill me for this