

Devin Melycher S94355
50 County Way
Portland Maine
04102

U.S. Marshals
156 Federal St.
Portland, ME 04101

John Woodcock
District Court of Maine
156 Federal Street
Portland Maine
04102

THIS CORRESPONDENCE IS FROM THE CUMBERLAND COUNTY JAIL CORRECTIONAL FACILITY