My proposals to the court.
and to you respectively,
Judge Woodcock,
and Noah Falk.

- Please.. tell Noah to give me a chance. Let me work. Let me have a career. Train. Let me be able to take care of my brother and sister and Mom and Dad and protect them. Let me have my dignity back after suffering in here through a brain infection and mentally going through what no one should ever have to do. I was sent to a dangerous prison where I almost died and attempted suicide. Give me a chance. Please.

- Being released to my family and having
  - A therapist
  - Hopefully working in omaha beef under my uncles watch
  - Enrolling back into school to further my education
  - Staying at home with my family.

I'm losing my family. Why in the fuck are you doing this to me. What did I do to any of you or anyone to deserve irreversible damage to my life. You ruined a human beings life. What the actual fuck did I do to deserve this. My mother worked so hard WITH me to help me come home.

- Enlisting me into a -REGULAR- Hospital or rehabilitation Program near my family and home.

I'll accept the therapy. I'll accept the help and councelling. I think this was a prison endured trauma but fine I'll acept regular help from a regular hospital or rehab both of which my Mother has sent me letters saying everyone wants to see me get treatment anyway. So if this is true than admit me to a normal hospital or program where I can recieve actual proffesional medical treatment and have help from people that actually give a shit about human beings. You all made your fucking Point. I've been treated like a worthless peice of shit for 10 months now. I have cavities that they want to "remove my teeth" to fix. I've had a skin infection that caused huge bubbles to grow and scar all over my stomach and arms. I've gained an unreal amount of weight that I'll never be able to recover from.

> WHAT THE ACTUAL FUCK DID I DO TO DESERVE ANYTHING THIS DETRIMENTAL

ACTUALLY though. Really actually.

I've lost my mind and everything I have here and not once did anyone even offer me a basic I'm sorry for everything that was done to me. And to make it even worse you want me to go serve another five years in New Hampshire after 30 years in Maine. What the actual fuck is wrong with you to do that to me. And you wonder why I'm mad and don't trust fucking any of you. Is this actually fucking real. You're=..... you're beyond a really, really bad person. And I'm going to stop ranting on that because my intent wasn't to further the reasons why I'm upset with this letter. I think Noah fully understands the reasons why I'm upset and the fact that not even him stood up for me as a human being is beyond evil. My grandfather and childhood pets passed away under your care. I've lost my mind physically and you've watched it happen and not one person did the right thing and stood up for me. You ~~~~ cared about your job more than you cared about people and that fucking hurts. You fucking hurt the absolute fuck out of me. I

fucking hate you Noah. You knew all my letters from the beginning and you still let them torture me. You called my mom when I was on suicide watch in Maine and you still chose to hurt us. My Mom fucking trusted you with her son you fucking asshole. I fucking trusted you. I WAS A GOOD FUCKING PERSON. You let Beneman fucking torture me.

- And I'm going to choose to stop because I'm not trying to go into this. Fuck you Noah. You hurt me so fucking. You ruined a human being beyond repair. I didn't do anything this bad to anyone. You know what. And you know what. You know you can't fix the way someone was born. You can't fix what someone likes. That's a part of someone that medicine and surgery can't get into. You could've gave me a job though and put me on a better path helping others who were like me potentially in the future not face 30 years of their life in prison. To actually help the ~~few~~ few people that people find disgusting if they deserved it. You could've trained me on a cyber team and let me shadow someone until I got the hang of things. You

could have cared about my life. I was the good fucking team. I was a good fucking person. I fucking trusted you. My family fucking trusted all of you.

-ugh-
fuck
fuck you dude

I'm losing my family and the only people I give a shit about left in this world because of you people. I'm crying so much I shake uncontrollably. Don't fucking put me in a prison hospital and then transfer me back here again in two months. This isn't fucking funny. Please fucking help me and drop all of my charges and put me in a regular ~~fucking~~ hospital or rehabilitation program. I'll comply with a regular therapist and accept help that doesn't involve medication just let me go into anything near my family. please...

- I just want to go home...
    please
  I've had enough..
  I miss my family.

I miss all my pets I have left. Dont do this to me. My Mom worked hard to help get me out and wether Beneman wasn't stringing her along or not it all meant nothing. You sent me into a Brooklyn prison for 5 months for nothing.
Why are you doing this to me.
Please let me go home to my family while there's still barely something left of me.

I miss my Mom and Dad and Brother and sister.
I was a good fucking person
Don't make me miss their life

- Please let me go home now
Please don't send me back to jail to lose my mind

Please fucking help me and my Mom

Please let me go home

Please