To:

Judge Woodcock

and

Noah Falk.