U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 JUN -7 P 3:56

_____
DEPUTY CLERK

Please..
 help me fix this.

I want to go home..

I'm sorry for being mad
I had every right to be mad
and I'm sorry for being mad.
I'll go fuck off out of Maine and you won't
see me ever again

~~\~~

I'm not a threat to anyone.
I don't have money or belongings to be
a threat even if I wanted to be.
I won't write or use any malicious programs
on anyones network or code any programs
to disrupt anyones work.
I've already been tortured and ruined after
walking out of a hospital with a severe brain
infection and forced to recover in a jail cell.
My health and body is forever ruined.
I have nothing.
Just let me go be a worthless nothing with
the 4 people I have in this world.
I don't know what I did or whose life
was destroyed for all of you to aim to
make a 29 year old boy homeless and

shattered. I was ripped apart from the beginning when I was being apologetic.

My Mom was a clerk
and my dads an engineer/electrician
My sisters a baker
and my brother drives for omaha
I was already on the good team
just let me go be a worthless shmuck with the only people I care about in this world.
dont make me look my Mom in the face after a 30 year sentence
dont let me miss my sisters life
dont make me hear my dad died from a prison cell
dont let my brother forget about me
just let me go be a useless nothing on my Moms couch for the rest of my life with my family. Dont let me hear another one of my childhood pets passed away or another Grandfather. Nobodys this evil.
I have nothing
You took every single thing from a persons life please just let me go be with my family. I'll do whatever you tell me to do.
    please just let me go home.

My mom worked really hard for alot of hours for me
  Please just let me go home.
    i miss my family.
Please let me go take care of my mom
dont make me miss my familys life