To:
Judge Woodcock

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JUN -7 P 3: 56
DEPUTY CLERK