I had a PR Bail my mom was in the Courthouse why didn't you let me go on probation 10 months ago you fucking ruined a human beings life
What the fuck did I do to you
You ruined a human being that you could've saved
I was fucking sorry
I didn't do fuck all to anyones life beyond repair
My Mom and Dad wanted me home
You let me get abandoned by my own family

fucking protect me
tell me what to do like that asshole Beneman should've done 10 months ago and saved me.
I was an upscale escort and he ruined my body
That Dickhead Gutierrez that met me for a total of a whopping hour smiled in my face and told everything he wasn't there to see. They watched me suffer in Brooklyn through my grandpa's death and they still chose to hurt me.

    fucking stand in front of me and protect me dude

I more than deserved every good alternative I asked for this should've never got to this point.

    fucking please protect me.

I wrote apologies to fucking everyone
the Brookfield Police Department
the Brookfield Federal Courthouse
Maine District Court
the FBI
Noah Falk
The Department of Homeland Security

I did the right fucking thing
Stand fucking up for me
fucking protect me
fucking please
I did the right fucking thing and
they laughed in my face
Fucking stand up for me

Please get me out of here
Please...

and if you don't want to help me
or you can't help me
or give me any other option than prison
or a prison hospital
than fine
I guess I understand
I'll just take my guilty plea and go
lose my mind in prison for 30 years
until I get murdered or kill myself
again like everyone apparently wants
for whatever reason.

And just for the real record

I did trade a nicotine pen in exchange
for oral sex

But I gave her money in exchange
for nothing ~~~~~~ Because I
knew what it was like to be broke
as fuck and need money. I helped
the people that really needed it.
I was a good fucking person.
I didn't alter or ruin anyones life.
I did real life good fucking things
for people and I never deserved this
type of treatment or my life absolutely

destroyed EVEN A LITTLE bit.

I was beyond the fucking good team

I've never even made fun of a fucking person since I was 15 years old

I fucking helped people and I felt bad for the strugglers

I can't even believe the bullshit you've put me through and continue to put me through.

I was so far fucking past the good team

fuck God dude
fuck this life
I can't even believe this

I was sorry
I was sincere
I spent 6 months apologizing to everyone I possibly could and doing the right fucking thing instead of trying to fight this in court for the next 3 years
I did everything right to everyone that deserved it until you tried to kill me and no one even apologized

I don't deserve to be here anymore
I did the right fucking things and theres letters to prove it
I didn't deserve to be left with a useless life and nothing

Please fucking stand up for me

Please help me..

Please give me a new life
do the right fucking thing

Please help me

please help me     please help me
please help me     please help me
please help me John. Please let me
go home.
please secretly help me
please fix this for me
I was a good person
I was the good team. Look at anything in my
evidence besides snapchat. The proof is there
Please help me    Please help me    please help me
Please help me    Please help me
Please help me
Please help me
Please make them stop
don't send me back to any jail or a
   hospital jail
My mom works for the state of Connecticut
I'm not going to do anything I'm not
   a danger to anyone.
I'm a 29 year old boy with not a dollar
   to my name and no possessions.

   Please fucking help me.

         Please.

please don't send me to a prison hospital

please don't make me go back to jail

please let me go home to my family

please don't send me back to cumberland County

please send me home

I miss my Mom and Dad

I have no fucking money
I have no family
I have no possessions
I have no home

I'm a 29 year old boy what in the actual fuck did I do to deserve this

I was beyond sorry. I never even should've came close to this outcome. And that's bullshit that you let Beneman do this to me and not advocate for me sooner. He was well aware that I was doing the right thing and apologizing to everyone and taunted me and told me not to waste my time because people like me just go to prison anyway.

You're beyond awful people.

You ruined a life beyond repair

you made me lose my entire family
I'm 29 fucking years old
what the fuck is wrong with you
you treated me like I murdered someone

I didn't do anything this bad to anyone ever. fucking. ever.

Tell them to give me a job that I'm more then qualified for so I can take care of my mom for all she's done for me in 10 months and everything she had to put up with for 14 years in a courthouse getting minimum wage and not a single thing for it

fricken stand up for me

My mom worked for the fucking courthouse

give me a job in FBI or CIA in a cyber security field and train me. Im more than capable to do it. I know more than the average person and I know you have the power to make them listen to you to give me a chance.

I was the fucking good team

I fucking saved real life fucking people with my real fucking life and that fuck face Beneman didnt stand up for me. Fuck you dude