To:

fuck you.

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 JUN -7 P 3: 55

DEPUTY CLERK

I was a 29 year old kid from the suburbs
what the fuck is wrong with you.

I wasn't fit to be in prison.

fuck all of you.

Kill your fucking self.