U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JUN -8 P 2:20
DEPUTY CLERK

Go ahead Bud send me to a hospital and medicate me make me gain even more weight. Really run this thing into the ground Woodcock.
Do it you fucking loser because you won't admit you went over justice and fix your own mistakes.
You kept a 29 year old kid in prison for 10 months and ruined his record his health his family all of his belongings made him homeless made him fat humiliated him after he had a near fatal brain infection.

You're a fucking peice of fucking shit.

I swear to God you all better fucking kill me for the bullshit that you caused all by your fucking self. I did the right fucking thing and apologized to everyone I could and took responsibility and you let that old retard Beneman torment

me even more.

Yeah right youre A fucking Joke you fucking waste of life.

You should've done the right fucking thing and offered me a job 4 months in or at the least let me go on probation so I wouldn't lose my health.

I swear to god you better fucking kill me Woodcock. Im going to fucking murder you one day and you deserve it.

You fucking peice of fucking shit you took things that I cant get back you fucking peice of shit I didnt cause that to fuckily anyone go fuck yourself