You're an actual peice of fucking shit.
You took away a 29 year old kids life on a first offense.
You took away a 29 year old kids whole fucking life.
And my Mom works for the Judicial System.

There was no Alterior Motives
There was no silver lining
You didn't do anything for a Purpose
I watched every single Gresture you made and listened to every stupid word that came out of your pathetic mouth.
You actually meant to do every single thing you did
You're actually a terrible fucking person
That's actually fucking true

I'm glad I didn't trust you Kill yourself you old useless waste of fucking life
Theres nothing special at all about you
I'm glad the world chose to keep you instead of me
You really know how to help this world thats for sure

youre a Pathetic fucking joke kill your fucking self with Benenan

The two most useless People in the World hiding in the fucking corner of the united states like fucking cowards taking 29 year olds lifes away.

What the ackual fuck is wrong with you

Drink fucking bleach you old useless waste of life

Fuck Woodcock

useless fucking shmuck

Fuck your life I dont respect people like you at all

hang your fucking self loser

You Ruined My Entire Life and My Health. You Ruined Things I'll never Get Back or Fix. I Should've Been Home 9 months Ago.

You Ruined A 29 year old Kids Whole Fucking Life And Body. You Mutilated Me.

You Better Fucking Kill Me For Your Actions.

Kill Your Fucking Self Woodcock