Devin Melycher 594555
50 County Way
Portland Maine
  04102

Woodcock
Maine District Court
156 Federal Street
Portland Maine
  04102

THIS CORRESPONDENCE IS FROM
THE CUMBERLAND COUNTY JAIL
CORRECTIONAL FACILITY

FIRST-CLASS MAIL
$000.53
06/06/2022 ZIP 04102
043M30225039

U.S. Marshals
156 Federal St.
Portland, ME 04101