traitor.
fucking shmuck.
I hope you end up on a CIA contract you peice of fucking garbage.
And there wont be a single thing that shit hole Portland Amateur hour FBI department can do about it.
you're just not fucking good enough.
you havent recruited anyone that anyone gives a shit about since 2005
there's a reason why Washington D.C doesn't give you retards any good equipment.
you'll always be 3 years behind everyone else.

And thats fucking true you fucking waste of life traitor.
you're fucking trash and you can't do anything anyone gives a shit about.
you're fucking worthless.
Keep treating me like Im a nobody you peice of fucking dog shit I didn't turn on anyone unlike you, you fucking waste of space.

~~[redacted]~~
~~[redacted]~~