Devin Me[...]
50 County Way cl
Portland Maine
04102

Maine District Court
John Woodcock
156 Federal Street
Portland Maine
04102

U.S. Marshals
156 Federal St
Portland, ME 0[...]

quadient
FIRST-CLASS MAIL
IMI
$000.53
06/16/2022 ZIP 04102
043M30225039
US POSTAGE

THIS CORRESPONDENCE IS FR[OM]
THE CUMBERLAND COUNTY [JAIL]
CORRECTIONAL FACILITY

0410134168 C023