scum

yeah you're an actual peice of fucking shit human being. And your actions costed my entire family embarassment and their jobs. Hey that was the goal though wasn't it. The Government doesn't give a fucking shit about human life especially my Mother's or her 14 year career. Just like you didn't give a fucking shit about me and left me to rot in here with these fucking psychos. Go fucking hang yourself you fucking waste of life.

hey better yet. why don't I send out a letter or two to the Supreme court. Good, bad, crazy, it really doesn't fucking matter at this point. Any letter including your name, Beneman's name, Falk's name, Judge Rich III's name, or Eric Tracy's name and they won't want fuck all to do with you anytime you think about trying to move up in this world. They'll pass right the fuck over you're application without even giving you a chance and you'll stay right where you are for the rest of your garbage life. Besides you very clearly have shown that you don't deserve that find

of power or protection. I can't possibly imagine why they haven't recruited you yet. I guess Portland just needs you so darn bad. They don't want to pull any of you away from all the great work you do here. You very clearly can't handle private information by the way you try to have conversations with people in open court rooms and send sensitive topics back into jail houses and all around New Hampshire. Why don't you just show the General Public anything you want bud. or is that one on that dumb bitch Krista Berry. Wheres the blame go for that one bud im sure you or Beneman would gladly confidently tell me whose fault it is just like before. I can't possibly imagine why no one has recruited you. Maybe its by the way you have just such good remorse for human beings. oh wait, no you don't really have that either. Is it by how well you protect other judicial families? or no it can't be that by the way you left a clerks son in jail and let him try to kill himself. and then continued to leave him in jail. why even bother sending people out for mental health evals bud you very clearly have no regard for human health.

you proved you'll sentence anyone sitting in front of you just fucking because. hey maybe Eric tracy has a good chance of being picked up by someone cool like the secret service. Did you see his resume. a whole 800 hour training course how intensive. he must have learned so much on how to become a highly trained agent. The way they gave him such a big task like sifting through cold cases of people whose lives never got altered and letting that old cenile Rich II sign off on warrants was just remarkable. I for one think they need to promote Eric Higher. He knows just how the world works. you can tell by how overcrowded the prisons are by addicts and Petty Crime felonys. Give that fucking guy more equipment and power to ruin peoples lives what are you waiting for bud. 30 years isn't even nearly enough for such a violent criminal like me I don't even know what you were thinking when you came up with that number cockwood. I deserve at least a double life sentence. Fuck hit me with a life sentence bud. Is this even really a question. You already trashed

a humans life and their family, their home and their health. Why the fuck not. Than maybe you and Beneman and Rich and Tracy can go out their and save the world together. Maybe you can win some hack the box events or cap the flag tournaments. Maybe you can create programs to hack targets hands free. Oh no? you can't do that either?
YOU NON SPECIAL WASTE OF FUCKING LIFE But you have no fucking problem letting that Scumbag Beneman trash my fucking life and making a joke out of all the things you can't fucking do. You costed me thousands of fucking dollars missing out on bounty hunting windows 11 and opportunities that your shit hole agents can't fucking keep up with. yeah but no let Beneman make a fucking joke out of me. Just like before my family stepped in to help me and nobody was here Beneman treated me like I was a traiter trash peice of shit and told me to my fucking face "my family doesn't care about me" and "stop crying nobody cares you're going to prison for a long time". Yeah you're an awful fucking human being and I

Hope the CIA puts out a hit on you. Right after you wreck you're fucking life away with Beneman and you're useless agents that have no problem ruining a kids life over fucking nothing. I hope you get hung up in front of youre whole fucking family. You deserve so much fucking worse.
Youre a fucking awful fucking human Being.
Go fucking slit youre throat you peice of fucking shit

Go ahead bud send this one back into the prison after everything you've fucking done to me. You already look like the biggest fucking cockhead in Portland. You can thank Beneman for that

Go ahead bud hit me with a life sentence. Why not. You dont give a shit about people. Go fucking ahead bud. Show my family you really dont give a fucking shit. Youre John Woodcock nobody can touch you right bud.

Youre a shit hole human being I hope you get fucking assassinated in front of your entire fucking family.

you torched my fucking life and health to a clerks son. For whatever fucking reason. good fucking job bud.

go fucking kill yourself I'll make sure nobody fucking wants any of you either.

useless peice of fucking shit. your not fucking special and no ones ever scouted you. your just a waste of fucking air on this earth.

thanks bud. thank you for ruining my life and my family.

for fucking what.

you fucking useless traitor

go ahead bud finish this