

Derin M[...]
50 County Way
Portland Maine
04102

District Court of Maine
John Woodcock
156 Federal Street
Portland Maine
04102

THIS CORRESPONDENCE IS FROM THE CUMBERLAND COUNTY JAIL CORRECTIONAL FACILITY

U.S. Marshals
156 Federal St.
Portland, ME 04101

156