I miss my family because of you you fucking peice of shit go fucking cut youre fucking wrists open