

Kevin Melycher 591555
50 county way
Portland Maine
04102

THIS CORRESPONDENCE IS FROM
THE CUMBERLAND COUNTY JAIL
CORRECTIONAL FACILITY

John Woodcock
District Court of Maine
156 Federal Street
Portland Maine
04102