U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 JUL 25 P 1:03
DEPUTY CLERK

There you go bud put all my mail under review for everyone to see. you really are the smartest Judge they got over here arent you. I was wrong about you apparently.
anyway,
whats done is done right. you cant take back the fact that you and Benneman are traitor shmucks and that's fine. it is what it is. you're not the first person that couldnt handle youre role and you certainly won't be the last.
with that being said.
I want my sentencing court date.
you have zero reason to try and talk to me and neither me or my family really gives a shit about anything that comes out of your mouth either. you already gave me the VIP treatment to a clerks son that just walked out of a hospital with a near fatal brain infection and than sent him to a Brooklyn prison and locked him in rooms for weeks at a time, you can't really do much more wrong here can you guay. you really went above and beyond for a big big case didnt you bud. Thank the lord you got a monster like me off the streets. Portland Maine at it

again, showing the world why their not the biggest joke in the United States. Hey its good to see thats what the United States top agents have been up too. You came all the way from Maine to Connecticut for the biggest bust of your career. I can't possibly imagine why no ones moved you up the ladder by now Woodchuck. It must be because your just so darn good at your job right? I always hated having that problem personally. I know how you feel. I hated being so fucking good that people just didn't want to work with me anymore. But thats a different story. You and your highly trained agents are probably out their right now busy trashing 30 year old kids lives and drug addicts on the streets of Portland. Thank god this world has you. And tbh, I can't wait for sentencing day. I'm glad you left me in here long enough to realize how big of a piece of dog shit you and Benneman actually are. My whole family really can't wait to see this sentence. Or are you not going to be playing Prosecuter number 3 on sentencing day since my family will most likely be present? I guess it really doesn't matter anymore now does it. You and your top of the

line attorney Benneman that ~~it~~ couldn't get a job as a real attorney which I found out already basically threw this one away eh. Its not the first time he's made a nice big mess am I right. But he did cover for himself. he did tell Judge Dick III that this case would not be like before and their would not be any issues right before they took away my bail and he told me my family doesn't give a fucking shit about me anymore and smiled in my fucking face.

Go fucking hang yourself you fucking niggers.

you know how the story goes anyway. government traitors always get left for dead. and you're far from an exception. I mean you're the farthest fucking thing from an exception. your not a celebrity or a politician. your a worthless fucking judge in Portland Maine that the world doesn't give a fucking shit about. I hope they put you in a cell off the grid before they fucking slaughter you and leave your bank account to your worthless

family thats going to forget you ever existed right after your will turns over.

lets get this fucking over with I want my sentencing date now. dont forget my guilty plea for all those letters. lmao you fucking loser. you're a fucking joke. I can't wait for the day to hear you got murdered for everything you did to me you pussy fucking shmuck. you actually fucking deserve it.

fuck Maine and your pathetic fucking agents.

send me my sentencing date now.

I'll never fucking forget you.

you better fuckig kill me faggot.