Devin Mel[...]
50 County Way
Portland Maine
04102

John Woodcock
Maine Court
156 Federal Street
Portland Maine
04102

quadient
FIRST-CLASS MAIL
IMI
$000.53
07/22/2022 ZIP 04102
043M30225039
US POSTAGE

U.S. Marshals
156 Federal St.
Portland, ME 04101

04101$4152 C023