- Request for sentencing court date

- Motion to release Neal Duffet as stand by councel from case.
  - I have zero need for a ~~stand by~~ councel.
  - I do not need to be present for the hearing. I have no interest in hearing you make awkward useless conversation in front of an open court room.

I have no sorrow for anything I've said to you, David Beneman, Richard III Manuel Gutierrez, any of your clerks, typists, Federal Bureau of Investigation, DHS, and Probation.

you have no need to assign anyone to my court case as much as everyone appreciates all the help you've done. and in the off chance that my case letter does miraculously make it to the supreme court I look forward to trashing the absolute living piss out of your career and watching you beg for pathetic

favors from everyone while all your belongings get ratted for the rest of your life. And in the off chance that you can avoid anything ever connected to your name, every facial recognition camera in the United States that our government so graciously set up for us, and any device that's connected to anything already trashed well, congradulations bud.

You're just a normal fucking nobody, unfortunately, and nobody's scared of anything you do.

I want my sentencing court date now.