Devin ~~McAlpine~~
SC County Way
Portland Maine
04102

District Court of
John Woodcock
156 Federal Street
Portland Maine
04101

U.S. Marshals
156 Federal St.
Portland, ME 04101

quadient
FIRST-CLASS MAIL
IMI
$000.53
08/05/2022 ZIP 04102
043M30225039
US POSTAGE

24