Lets go bud you have single paper you need to give me my sentencing court date. You have not a single reason to be wasting everyones time. Give me my court date and hope whatever bullshit sentence you hand out sticks because if it doesnt Im going to bring every person that comes into my mind down with you. And Im betting that you squeal on the rest of them on your way out the door when they question who in the fuck ever stood behind you when they brought you up to the level of being a federal judge. Probably the same person that thought it was a good idea to let Benneman represent the federal Justice system. He sure does have a way with his words. In fact it was so good I want to write them all down and share them with everyone. You really are just absolutely untouchable. Theres no one as good as the District Court of Maine. And Im

glad. For whatever reason you chose me and my family to destroy the piss out of. I'm glad you trashed the absolute shit out of my life physically and literally and laughed in my face the entire time.

I hope by the end of this your name is an absolute joke in the Federal Justice System. And I'm sure were not far off from making that a reality. You tortured the shit out of me and your going to get everything you want bud. You preyed on the mentally weak and you deserve to be known. Everyone should know the names of you and your families. It's public information and they deserve to know the big bad & honorable Johnathon Woodcock.

Keep crying to the Jail nobody fucking cares you fucking cry baby little girl. Keep pressing charges over letters you fucking sissy faggot. You just look like a bigger peice of shit than you already fucking do. Crying to the Jail because you trashed the shit

out of someones life and locked them in rooms and fed them this shit hole food and gave them Bennaman to defend them. Yeah you deserve to be a hero bud. You deserve every single fucking thing that comes to you in this life. And your just never going to be able to ever do anything about it. I wish I knew what it was like to be as absolutely trash normal as you. Oh no everyone watch out for John Woodcock and David Benneman from Portland Maine. And your agents deserve an even bigger applause. The way they apprehended a brain dead kid and strong armed a prosecuter to take my bail away from me was absolutely phenominal. Im really glad I was innocent until proven guilty. Im glad Maines finest didnt waste everyones resources and time. I really cant possibly imagine why anyone would ever think of you as a joke. Why havent they recruited you to the supreme

court themselves yet! Youre clearly more than qualified. You have everything the worlds' most powerful is looking for John. You should give them a call and see if they can make any room for a waste of space like yourself. Maybe Eric Tracy will even get picked up by Secret Service this year for his outstanding work. Someone has to be an easter bunny and whisk that big dumb bitch Biden away from reporters. Why even let the fucking retard out of the white house at this point. Their probably dying for someone like you over their bud. Youre clearly everything their looking for. Youre literally the best bud.

hang your fucking self shmuck you trashed the living shit out of me and I dont give a fucking shit about your life anymore. Keep crying to the fucking jail you fucking loser nobody fucking cares and I dont give a fucking shit what you do to me. Give me my fucking court date. Non special fucking nobody kill yourself no one scared of you