

Court of Maine
John Woodcock
156 Federal Street
Portland Maine
04102

U.S. Marshals
156 Federal St.
Portland, ME 04101

quadient
FIRST-CLASS MAIL
IMI
$000.53 ⁰
08/08/2022 ZIP 04102
043M30225039

US POSTAGE