I just want to give everything bud I just want you to be the best version of you ~~Resd~~ and give you all the help you want you old washed up fucking nigger

waste of fucking space on fucking earth

slit youre fucking throat

you deserve everything woodcock and youre going tou fucking get it hero