Dion, Matthew Sr.
50 County Way
Portland Maine
04102

Maine Court
John Woodcuck
156 Federal Street
Portland Maine
04102