My punishment was to be held incarcerated and nothing more. And that shouldn't have even happened if I was innocent until proven guilty, but thats another story for another day. My punishment wasn't to be treated like a trailer park peice of shit and have my health mutilated. Im going to make sure no one ever takes your name seriously ever fucking again woodcuck.

old washed up waste of fucking life.

Ill make sure no one ever helps you or your waste of life family