Ruined a family over bullshit case that should've never been fucking touched and played triple prosecuter on me of fucking life. I'm absolutely going to be the one to make you a hero superstar. You deserve all the fucking glory, you're the best wood cuck. Everyone deserves to know how special Johnathan and his family are. I'm going to trash the fucking shit out of your name and piss on your fucking grave unloyal fucking rat.

Big fucking case for Maine and their agents.

hang your fucking self