Give me my court do you have no reason on probation to write reports on everything I didn't represent my information too anymore and conduct interviews I never gave permission for anymore. Just break my HIPPA rights and every other little right and rule that your own branch of government created. Well, not you. Obviously not you. You'd never be apart of anything productive in this world hero. Maybe someone will care about every right you broke of mine and the way you tortured the life of a special needs child and make you look like the shit hole person you are. You're a Judge from Portland Maine no one has any fucking clue who you are and the world would turn all the same without you. I didn't do fuck all wrong to anybody and you trashed the shit out of my life and youre just not good

enough to protect yourself bud. youre just too fucking average and nobody wants to stand behind you. I'll never forget your retarded face cut your fucking throat shmuck. hang your fucking self faggot