Stay fucking ratted you unloyal fucking rat. Fuck all of your devices and all you ever bought. Fuck your useless cyber team and all your agents that just arent fucking good enough to do shit about it. Maybe that retard Benneman can help you clean all your devices after he gets done wondering what hes looking for and looking at his like a dumb fucking cave man. He seems to have the answer for everything he surely knows what to do. Your going to stay ratted for the rest of your pathetic useless life bud