50 Country Way
Portland Maine
04102

Maine Court
John Woodchuck
156 Federal Street
Portland Maine
04102