U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 16 P 1:24
DEPUTY CLERK

"Punitive Damages are meant to punish defendants for particularly egregious conduct, beyond monetary compensation awarded to the individuals they hurt. A high punitive award is also seen as a chance for jurors to send a wider societal message and a way to deter others from the same abhorrent conduct in the future."

Faggot nigger piece of shit and ~~garbage~~ for faggot Judges and public defenders to stop playing triple prosecutor with peoples lives especially on ~~bullshit~~ fucking cases. Federal Judges can get cases opened against them too and your power can get stripped just like everyone elses. Maybe I'll get lucky and they'll put a bullet in your head for me too. It's on camera that this isn't the first time you've done this. You're a garbage human being that doesn't deserve to breath on this earth bud. You're going