U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 16 P 1:25
DEPUTY CLERK

Kill your fucking self. I wont stop until I make you feel every single thing you made me feel for no fucking reason.

Lets go bud everyones waiting to hear your verdict on a first offense cold case that should've never been touched to begin with. you already cost me my family, health, and everything I own. you broke every fucking unspoken rule in the federal code. you already gave me the VIP treatment bud. Dont fucking stop now woodchuck. Finish this case close it up bud.

hang your fucking self shmuck

you fucking deserve to die. you dont deserve the power you should have never gotten. Maybe you should hand it off to Behneman. I bet he would love to be a federal Judge