The only fucking Jew agents in Maine to take someone out of a hospital, interrupt their pursuement of education, and trash their fucking health. You're a fucking SCUMBAG. I'm going to make sure you get all the fucking glory you want hero

hang your fucking self nigger

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 16 P 1:21
DEPUTY CLERK