Devin McIndoe Smith
SC County Jail
Portland Maine
04102

Maine Court
John Woodcock
156 Federal Street
Portland Maine
04102