U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 16 P 1:28
DEPUTY CLERK

lets go faggot retard give me my fucking court date. We're all waiting on you dumb fucking ~~nigger~~ Attorneys fucking scared of you faggot or anything you do at this point. Grown fucking shmuck that wears robes and wants people to stand up when he enters a room. Weird fucking scumbag give me my fucking court date. Unloyal fucking waste of life. lets go woodchuck