Devin Melucher 590355
50 County Way
Portland Maine
04102

C1

Johnathan Woodcock
156 Federal Street
Court of Maine
Portland Maine
04102

R
7/28/22 CH