The big bad John woodchuck had to get his minimum wage US marshalls to tattle on a 29 year old boy once again. This is a fucking joke. This isn't the Federal level. I can't possibly imagine who the hero was that shared all of my letters with yet another outside source! That was some good stuff there was letters in there that only Benkman had access too and interviews that were conducted without my permission. You even used all my information that I specifically told you that you didn't have rights to access. The only person that did have rights to access them was Renee and her yearly timeline access was coming to an end shortly. But I guess when you end up in tough Portland Maine, thats just the treatment you end up with. Just ahead of your time eh bud. Welp, I know this letter wont end up in the wrong hands since it thoroughly is going to embarass your court system. You wouldnt want this one ending

up on any publicly viewable records that's for sure. Only the things that make me look like a monster. There's no way this one isn't going to blow up in your retarded face that's for sure. The Supreme Court is going to love to hear in detail all the things you put a mentally challenged boy through. Those are the ones that usually make headlines. You really gave me the presidential treatment too didn't you bud. My mother and father specifically made Benneman aware that my brain was not fully developed and you knowingly continued to torture the special needs David their health instead of letting them go home to their family. But that wasn't enough, you took me right out of a hospital from a near fatal brain infection, which I might add was apparently "not severe" enough to be recognized by 6 doctors and of course David himself, or probation for that matter. He called it bullshit right there in the report he wrote and signed himself. But that still wasn't enough. After hearing that

his Aunt was special needs and his Mother worked for a courthouse what does John Woodcock and the infamous David Benneman do next. Well they taunt him and laugh at him in a court room and send him into dangerous facilities of course! And tell him all about what happens to people like him that "Touch little kids" and how his family "doesn't care about him". I'd really appreciate a copy of those court videos too if you have the time. The ones that I'm sure you were thrilled to save. This ones going to be a slam dunk for team Maine. Showing the world once again why their not the biggest joke in the United States.
You're going to find out what happens to people like you that torture the mentally impaired.
And I'm sure theres alot of people in the world that like people like you that target the special. The Supreme Court is going to love this.
You know what -
their probably going to love it almost

as much as when I heard almost all of yours and Benneman's devices have all been ratted and backdoored. Last I heard Benneman looks like a retard on his front cam on his phone hitting buttons like a 90 year old dude that just found out what the world wide web does. That retard let a rat in and compromised his entire work and personal devices. And theirs not a single thing you or any of your agents will ever be able to do about it. You're just not good enough. Their probably going to stalk you and your familys devices for the rest of your life and watch your dumb faces on your phone and you just simply cant do anything about it. Youre going to get ratted before you even walk out of best buy with your devices and you dont have the connections to ever do anything about it. Im sure they enjoy watching your family though and the person they call their hero not be able to help them. People just dont fucking like you bud and you'll never have the friends to

ever help you. I'm sure at some point when this blows up in your face you'll be quick to tattle on Brennan or Eric Tracy or any one of the ~~___~~ six doctors you hired to trash the shit out of me.

And I'm sure the supreme court is going to love to hear all about the things you did to a mentally challenged clerks son.

This ones going to make a good story for the underground heroes of the world. Their going to love you bud. Way to trash the piss out of my life bud. We'll never forget you.

The Probation papers are back.

I want my court date now.

lets go finish this hero. Everyones waiting on you.

shmuck.

I'm sending a NON threatening letter to the courthouse and I'd like it sent out for the following reasons. For one you should want me to send this because it stands up for you and all the people they treat like dog shit. So who the fuck cares if they get mad at me at least I'm standing up for what's right unlike anyone else around here that's just walking around bragging about their crimes.

For two it NEEDS to go out because they need to be aware that I as an attorney am writing a motion to the supreme court so they need to be aware.

Three it has information regarding the security of their devices

And lastly I still need to know when my court date is!! they have all the papers they need and their stalling on purpose. The longer they stall the more I stay your problem here.

Fuck these people dude you've

watched me suffer for 12 months while they left me here to feed me this shit food and torture me. I'm practically fucking brain dead.
They tortured the mentally impaired and laughed in my face Literally and its not fucking okay.

let them get fucking mad at my letter and tattle tale to cheryl again I really dont give a shit anymore. This fucking jail is full of Petty addicts and homeless people someone needs to stand up for this bullshit. And I better not get in trouble here for this I dont care how mad they are.

I'm my own attorney and they NEED to answer me and give me my Court Date wether They want to or NOT

From: Devin Mclycher



*(upside-down at top:)* Date:1/1 Me My Court They Need to give

To: the Mail Person or sergeants about my Last letter to the Court house.

From: Devin Mylycher