Devin McVicker
50 Country Way
Portland Maine
04102

U.S District Court of Maine
Johnathen Woodcock
156 Federal Street
Portland Maine
04102