U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 AUG 16 P 1: 31

DEPUTY CLERK

Fuck you and your useless
fucking families. you've done shit for this world.
done shit for this world.
waste of fucking life cut your
fucking wrists open. you don't
deserve to live on this earth
anymore.