Devin ████████ ██████
50 County Way
Portland Maine
04102

District Court of Maine
John Woodchuck
156 Federal Street
Portland Maine
04102

they loved seeing as you just told them the sentencing guidelines because theres no way in fuck anyones going to take your charges seriously in New Hampshire.

Pussy fucking cry baby waste of fucking air in this world cut your fucking wrists. shmuck

my whole families waiting for you to sentence me to any fucking day now nobody's fucking scared of you