Kill yourself you useless fucking shmuck. cut your fucking wrists open