Devin
50 County Way
Rockland Maine
04102

Maine Courthouse
John Woodchuck
156 Federal Street
Portland Maine
04102

I'll [illegible] save our kids and [illegible] me you waste of fucking life. You better loop me out on medication for what you did to me. You deserve to fucking die and I bet the Supreme Court will agree. You fucking shmuck you're a fucking joke I hope I make you lose everything. And I have enough bullshit on you to make it come pretty fucking close. Guess it'll be someones opinion. Kill your fucking self woodchuck