U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 16 P 1:35
DEPUTY CLERK

how does it feel knowing your life is going to be someone else's opinion. I'm going to ~~trash the~~ fucking shit out of everything you own and everything you love just because I don't fucking like you. I think you're a worthless judge that was put into power by someone that never should have given you an opportunity. And I think that needs to be re evaluated. I think the higher courts really need to re examine your beliefs and decision making skills. I don't think this is right for you unfortunately woodchuck. I think you wasted your whole life being someone you should have never been. And I hope I can help process you all the way out the fucking door by the time this is over. Maybe you can bring Benneman and all your other "high profile" colleagues with you. I've seen your fucking resumes your a fucking joke. Another bum fuck attorney that

couldn't make it in the real world because you were just too darn good at your job right. They were paying you so much money you just couldn't say no fast enough. Who doesn't want that fucking loser attorney that was making so much money he just said, you know what fuck it let me go make less money and work for the shit hole courthouse. IM sure theres alot of powerful people on that guys side. Oh no watch out for John Woodchuck and David Benneman from Portland. They'll rip the special needs out of a hospital with a brain infection and a history of multiple brain traumas and throw them in a jail cell during a pandemic and literally laugh in their fucking face while they take away their bail and call them a pedophile and tell them their family doesn't care about them.

Yeah you picked a good case to dick around with the justice system is going to love this. Portlands

finest at it again doing what they do best and using their brains. Big fucking case for Portland ruining the health of a kid thats mother blatantly told you "wasn't all their." Then probation wrote a hilariously entertaining report about me. Thats going to be good to have on the record while they discuss this in a backroom.

Fuck your career you retard fucking nigger I'm going to trash the fucking shit out of your life ~~~~~~~~ for what you did to me. go ahead bud send me to a hospital and loop me out on top of it they'll love that.

you're a fucking scumbag and you deserve to fucking die.

Kill your fucking self ≠ shmuck