Devin
50 County Way
Portland Maine
04102

Maine Court
John Woodchuck
156 Federal Street
Portland Maine
04102

Let's go bud everyones fucking walking on you nobodys fucking scared of any of you.

The day anyones scared of John Woodcock or David Benneman from Moine yeah fucking right guy

you already trashed the shit out of my health lets go bud finish what you started bud