- Request for court date the 7th time now.

- Motion to forcefully resign Duffet as stand by councel. I have zero desire in associating with anyone under the District court of Maine's title and you quite frankly just don't have the power to force represent someone. No one from my family thinks you're doing the "right thing" or just "trying to help." Maybe you just feel you're fooling everyone like Benneman did. Perhaps thats it. I really don't feel like going down with your ship.

hay maybe you'll get lucky and get away with everything bud. I have a good history of not getting my letters read. You're clearly just the best woodcuck. No ones as good as you and you're honorable family. thats it.

you already went above and

beyond bud mike as well just cross your fingers and finish it off Pal-Peter hope it sticks and the bowls dont call you out for the worthless waste of life you and your "elite" team are.

Big case for Portland Maine

What a win

you deserve to be remembered for this

Lets go superstar finish it off and give me my courtdate. were all waiting on you old fella

Kill yourself shmuck cut your fucking wrists open