Devin Melynter ~~Burges~~
50 County Way
Portland Me ~~c~~
04102

Maine Court
John Woodcuck
156 Federal Street
Portland Maine
04102