U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 23 P 1:29
DEPUTY CLERK

hilarious bud
you only seem to follow the rules when you see fit, and interpret them however you wish.
I'm going to enjoy thouroughly embarassing you in front of a higher court. Maybe you can invite the victim's family to show them how big and bad you are on your way to being asked to find a more suitable job for yourself.
unfortunately you don't have the power to override an attorney's decision of representation as hilarious as your letter was intended to be read. You lost that power when you smiled in my face and nodded at the prosecuter deeming me competent enough to have Power of attorney.

your decision is just an opinion. Much like the opinion you searched of 6 doctors about a brain infection so rare that you don't have any scientifical say as to what was factual and what wasn't. But actually, your doctors did seem to know

everything. That's almost miraculous wouldn't you say so Woodchuck? You must have the best doctors and psychologists and who knew they were right here all along getting paid top dollar in our prison systems! Their so good they have factual opinions on diseases that haven't even been documented and recorded yet! and even better you're the guy that agreed with all of it. What a home run bud. People have walked off less on being hung over and having a headache but when the government hears that someones had multiple brain infections, brain trauma, and the family tells you their practically special needs thats when they really stop in their tracks and say wosh, what the fuck is going on.

Just like your worthless opinion your fates going to be in the hands of someone else. Wether I could muster up enough factual information to get your fat typists and clerks kicked out of the courthouse with you is a different story but I bet I can

absolutely surely make sure you, Bunnerain, and a few doctors and agents never work at a federal level ever again. Maybe I'll get lucky and I'll get a judge that will take out the clerk too just because he doesn't fucking like you bud.

you're a disgrace to the Justice system and you deserve everything your going to get. keep sending me these funny letters that contradict your own decisions you made guy. you're clearly the best. now I see why they chose to appoint you. Nobodys as good as the Honorable Woodchuck.

~~you're a fucking waste of life~~