Dev - Regime J Am
SC Counselling
Portland Maine
04102

Maine Court
John Woodcuck
156 Federal Street
Portland Maine
04102

U.S. Marshals
156 Federal St.
Portland, ME 04101

FIRST-CLASS MAIL
IMI
$000.53
08/15/2022 ZIP 04102
043M30225039
US POSTAGE



LEGAL MAIL
TO BE SENT
TO THE DISTRICT
COURT OF MAINE
NO EXCEPTIONS

