U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 AUG 23 PM 1:32

DEPUTY CLERK

It's good to know the Justice system, Maine 'imparticular' a complete joke.

They'll let a 57 year old retard mow down and kill 3 walkers, one being an infant, walk free and in what fucking world did it get put off on the "nature of his crime" being harmless.
No really, what the actual fuck is wrong with you.
No but really, why hasn't anyone pinned your face to a table and shot you in the temple repeatedly.

No really in all seriousness though

why hasn't anyone cut your throat and watched you lose every last breath in your chest yet.

But Maine's willing to jeopardize the health of the youth, not to mention the ones that are medically and mentally impaired

whose family worked for the Judicial system, and still does. Give me David Benneman to treat me like a trailer park peice of shit, imprison me for 12 months, and laugh very clearly in my face.

No really, this time. Why hasn't anyone put an end to your bloodline yet making sure this world never sees another one of you retards walk this earth again.

Your tech team fucking blows, your an embarassment to the Justice system at a federal level, and your decision making skills quite frankly could be done at the same level as the courthouse Janitor. He could probably get your job done better than you.

You better hope the Supreme court doesn't get this letter. I'm going to fucking bury you and anyone associated with your name. I'm

going to end your shithole life for you bud before you hit purgatory for all the bullshit you've done to people. You took life and health that I'll never get back and I'm going to make sure I watch you swing from a tree. And I'm going to make sure Washington D.C lets me walk clean from everything I do to you.

You're a fucking nobody and your nothing fucking special. I've read all the reports on you and Benneman and you deserve to die for this.

Unloyal little fucking troll. I'm going to make sure I end anything you've ever done.

Kill yourself you fucking shitfuck

Give me my fucking courtdate faggot