# Driver who struck, killed 3 pedestrians last year in Augusta admits to charges

**By KEITH EDWARDS**
*Kennebec Journal*

AUGUSTA — The driver who struck and killed three pedestrians, including a 1-year-old girl and her grandmother, last year in Augusta admitted to the charges against him in court Wednesday.

Robert Santerre, 57, admitted to three civil counts of motor vehicle violation resulting in death, one each for the deaths of Barbara Maxim-Hendsbee, 69, her friend Rosalyn Jean, 62, both of Augusta; and 1-year-old Vada-Leigh Peaslee of Windsor, Hendsbee's granddaughter, who was in a stroller.

Please see **DRIVER**, Page B4