Devin [illegible]
52 county way
Portland Maine
04102

Maine Court
John Woodcuck
156 Federal Street
Portland Maine
04102

U.S. Marshals
156 Federal St.
Portland, ME 04101

FIRST-CLASS MAIL
IMI
$000.53
08/15/2022 ZIP 04102
043M30225039

This is legal mail with postal attorney. I expect this to be sent out as otherwise it would be terminating a lawyers communications with a court of law.