I can't imagine why no one the FBI or DHS. I really can't whole team full of backstabbing washed up nerds that are trying to get justice on the world for being born a fucking loser.

Nows your chance bud

Whats the retard Woodcock going to do next

or maybe he got permission from Chris to give a 30 year old life in prison on a first offense consensual blowjob. Who he took out of a hospital and whose Mom works for a courthouse. You put yourself in a good position didnt you you faggot fucking retard. Just like always Woodchuck and Benneman always making sure things go smoothly.

I told you I'd get mad for the fourth time now and I'm going to capitalize on everything you did to me. This ones going to look great on your record.

I'm going to make sure every single person involved in this gets

the credit they rightfully deserve.
Go ahead bud dont stop now you look
like a real life hero right now. The
Justice system would be nothing without
you Woodcuck.

You deserve to stop breathing you faggot
waste of life. You're such a fucking
joke you fucking shmuck.

I really can't imagine why anyone thinks your teams a fucking joke.

go fucking hang yourself you fucking worthless nigger you deserve everything that comes your way for what you did.
I'm going to make sure you pay for what you did to me. I'm going to fucking murder you you worthless waste of life