Devin McIntyre 59139
50 County Way
Portland Maine
04102

Maine Court
Johnathon Woodcuck
156 Federal Street
Portland Maine
04102