DEVIN MEYCHER

CUMBERLAND COUNTY SHERIFF'S OFFICE
50 COUNTY WAY
PORTLAND, ME 04102
OFFICE OF THE JAIL ADMINISTRATOR

MAINE Court
JONATHAN Woodcock
15 U Federal Street
Portland, ME 04102

US POSTAGE
$001.16
FIRST-CLASS MAIL
quodient
08/30/2022 ZIP 04102
043M30225039