U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2022 SEP -6 P 3:12
DEPUTY CLERK

youre not going to wait for objections or reccomendations, youre going to finish what you started and close this so it can go to higher hands because youre conduct isn't okay. And it shows in youre entertaining Pre sentence report and youre hilariously bolded comments "by the author" and the way you shared personal legal mail around and even time lined it. I think everything is very clear and you handed it right to me, you put it on display for everyone to see after you handled this case very professionally I might add. And its time you let it go so someone else can handle your actions.
Shmuck
hang yourself bud