Devin McIntyre 9/1/2025
58 country way
Portland Maine
04106

seth

Maine Court
John Woodcock
156 Federal Street
Portland Maine
04102