CUMBERLAND COUNTY SHERIFF'S OFFICE
50 COUNTY WAY
PORTLAND, ME 04102
OFFICE OF THE JAIL ADMINISTRATOR



U.S. [illegible], ME 04101
156 Federal St.

MAINE Court
John Woodcock
156 Federal Street
Portland, MAINE
04102

Devin Melycher