UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Devin Melycher

DOCKET NO:  1:21-cr-00169-JAW

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from Tracie Lajoie | 9/15/2022 | 9/15/2022 |  | 9/15/2022 |
|  | 2 |  | Letter from Coreen Alton | 9/15/2022 | 9/15/2022 |  | 9/15/2022 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |