# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | **Plaintiff,** ) | |
| v. | ) | Docket No. 2:21-CR-00169-001 |
| | ) | |
| **Devin Melycher** | ) | |
| | **Defendant.** ) | |

## SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action on September 15, 2022 has/have been satisfied and paid in full.

Dated:   September 20, 2022

DARCIE N. MCELWEE
United States Attorney


 /s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 10100
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 20, 2022, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

    DARCIE N. MCELWEE
    United States Attorney

    /s/ Andrew K. Lizotte
    ANDREW K. LIZOTTE
    Assistant U.S. Attorney
    United States Attorney's Office
    202 Harlow Street, Room 10100
    Bangor, Maine 04401
    207-945-0373
    Andrew.Lizotte@usdoj.gov